In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-075 CV


____________________



PRINCE JOSEPH BOHANNON, MICHAEL INMAN,


AND GALE INMAN, Appellants 



V.



RAJENDER K. SYAL AND BARRY WINSTON, Appellees






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 06-04-03944-CV






MEMORANDUM OPINION


 The appellants, Prince Joseph Bohannon, Michael Inman, and Gale Inman, and the
appellees, Rajender K. Syal and Barry Winston, filed a joint motion to reverse part of the
judgment and sever that part of the cause for remand to the trial court. The parties agree the
judgment erroneously disposed of the appellants' claims against Rajender K. Syal, and that
the appellants' claims against Syal are severable from the appellants' claims against Winston. 
The Court finds the motion is made with agreement of all of the parties. See Tex. R. App.
P. 42.1(a)(2), (b).

 The joint motion to reverse in part, sever, and remand is granted. That part of the
judgment of the trial court that dismissed the claims of Prince Joseph Bohannon, Michael
Inman, and Gale Inman, against Rajender K. Syal, is reversed. We sever the claims of Prince
Joseph Bohannon, Michael Inman, and Gale Inman, against Rajender K. Syal, from the
remainder of the case, and remand the severed claims against Rajender K. Syal to the trial
court for further proceedings. The appellants' appeal of the remaining part of the judgment,
consisting of their claims against Barry Winston, shall continue.

 REVERSED IN PART, SEVERED, AND REMANDED.






 _____________________________

 STEVE McKEITHEN

 Chief Justice 



Opinion Delivered April 26, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.